# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2019

157544(75)(76)(80)(81)(82)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

MICHAEL RENE GARRETT,
Defendant-Appellant.

SC: 157544
COA: 341352
Wayne CC: 05-002715-FC

_____/

On order of the Court, the motion for reconsideration of this Court's September 12, 2018 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G). The motions for miscellaneous relief are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2019



a0326

Clerk